◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE TIRADO, Appellant. [668 NYS2d 960] —Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Wayne County Court, Parenti, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Green, J. P., Pine, Callahan, Balio and Fallon, JJ.

◼ ESTELLE AMABILE et al., Respondents, v CITY OF BUFFALO, Appellant. [664 NYS2d 694] —Motion to extend time to serve notice of appeal granted; motion to extend time to perfect appeal denied as unnecessary. Memorandum: The time to perfect an appeal runs from the date on which the notice of appeal is served on the opposing party (see, 22 NYCRR 1000.2 [b]). Because defendant has yet to serve the notice of appeal, the time to perfect the appeal has not yet begun to run. Present—Green, J. P., Wisner, Doerr, Balio and Boehm, JJ. (Filed Aug. 20, 1997.)

◼ SANDRA E. THORN, Plaintiff, v JOEL T. THORN, Respondent. [668 NYS2d 957] —Motion to extend time to take appeal denied as unnecessary; motion for poor person relief and assignment of counsel denied. Memorandum: The time to take an appeal does not begin to run until a copy of the judgment is served with notice of entry (see, CPLR 5513 [a]). Defendant has established neither indigency nor merit to an appeal (see, CPLR 1101 [a]; 22 NYCRR 1000.14 [a]). Present—Green, J. P., Wisner, Doerr, Balio and Boehm, JJ. (Filed Aug. 20, 1997.)